Louis SINGER et al., Suing on Behalf of Themselves and For All Other Persons in the Business of Selling Soft Drink Beverages in the Borough of Brooklyn, Appellants, *v.* KIRSCH BEVERAGES, INC., et al., Defendants, and JACOB ENGAR, as President of the Soft Drink Workers' Union, Local No. 812, New York City, of the International Brotherhood of Teamsters, American Federation of Labor, et al., Respondents.

Submitted January 13, 1947; decided January 16, 1947.

*Louis H. Solomon* for motion.
*Leo Greenfield* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the action within the meaning of the Constitution.